## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARK MONTALTO and CARRIE MONTALTO, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE CREDIT AND COLLECTION, INC., <br><br> Defendant. | Case No. 1:21-cv-01727 <br><br> Honorable Judge John Robert Blakey |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES** Mark Montalto and Carrie Montalto ("Plaintiffs"), through the undersigned counsel, and in support of their Notice of Voluntary Dismissal state as follows:

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that this action is voluntarily dismissed before Defendant has answered or filed a motion for summary judgment.

In light of their voluntary dismissal, Plaintiff asks that all pending dates be stricken.

Dated: April 28, 2021

Respectfully submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
jvlahakis@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                 */s/ James C. Vlahakis*
                                                 James C. Vlahakis, Esq.